UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

-vs-                                          Case No.  5:07-cv-201-Oc-10GRJ

FIFTY FOOT VESSEL (PONTOON BOAT)
BEARING THE NAME, "LADY L" WITH A
CORRESPONDING HULL NUMBER OF
TXR00053K304,

           Defendant.
_____

## **O R D E R**

      The United States Magistrate Judge has issued a report (Doc. 25) recommending that the United States of America's Motion for Stay of Civil Forfeiture Proceedings (Doc. 20) be granted, and that the Government shall provide a status report under seal every ninety (90) days with regard to the continued need for a stay in this case.  Claimants, Laura Edge, individually, and ECT Trust, Laura Edge trustee, have filed an objection to the report and recommendation (Doc. 26)[1] urging this Court to allow the above-referenced action to proceed with no further delays.  In the alternative, Claimants seek for this Court to limit the stay to no more than ninety (90) days or to order the Government to provide status reports every thirty (30) days.

---

[1] Claimant, JT Edge joined in to Claimant Laura Edge's objection to the Magistrate Judge's Report and Recommendation (Doc. 27).

Upon due consideration and an independent examination of the record and the Claimants' objections, the Court concludes that the Magistrate Judge's report and recommendation is due to be adopted, confirmed, and made a part of this Order. The Claimants' objections focus on two areas: (1) an indefinite stay does not serve the interests of justice, because this case can proceed to discovery with a protective order in place pursuant to 18 U.S.C. § 981(g)(1)(3); and (2) the stay, if granted, should be limited or the Government should be required to submit more frequent status reports, because of the highly depreciable nature of the boat at issue and the harm that an indefinite delay may cause. The Court has considered Claimants' arguments and finds them to be without merit. The Magistrate Judge's well-reasoned report carefully and correctly addressed the parameters of issuing a stay under 18 U.S.C. § 981(g)(1).

Accordingly, and upon due consideration, it is hereby ordered and adjudged that:

(1)   The Report and Recommendation of the Magistrate Judge (Doc. 25) is adopted, confirmed, and made a part hereof;

(2)   The Claimants' Objections (Doc. 26 and Doc. 27) are OVERRULED;

(3)   The United States of America's Motion for Stay of Civil Forfeiture Proceedings is GRANTED with the direction to provide the Court with a status report every ninety (90) days with regard to the continued need for a stay in this case.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 2nd day of November, 2007.

UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record